UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:26-PO-00013 |
| v. | MAGISTRATE JUDGE JOLSON |
| TYLER J LIPPERT, Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case be DISMISSED.

s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

3/4/2026
**DATE**